## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE:                                    CASE NUMBER: 08-12620

ERROL BETHANCOURT                         CHAPTER 13
SHELIA BETHANCOURT

            DEBTORS                       SECTION "A"

## ORDER LIFTING STAY

Considering the *ex parte* Motion and Affidavit filed by Drive Financial Services, Inc., and the proper notice having been given as evidenced by the Certificate of Service filed herein;

The Court having considered the merits of the Motion, the allegations contained therein, attachments entered of record, arguments of counsel, no objections having been filed thereto, and there being good cause to grant the relief requested;

IT IS ORDERED, that the Motion is GRANTED and that the automatic stay imposed by 11 U.S.C.§362 is terminated to allow Mover to foreclose upon or otherwise exercise its security interests against the following described collateral ("Collateral"):

2006 Nissan Altima bearing Manufacturer's Serial Number 1N4AL11D16C176328

IT IS FURTHER ORDERED, that the Chapter 13 Trustee shall discontinue payments to Mover on its secured claim under the Chapter 13 Plan filed by the Debtor(s) and Mover is directed to file a report of sale promptly following liquidation of the Collateral; if any excess proceeds exist, Mover is directed to remit same to the Trustee.  Mover is given leave to file an unsecured deficiency claim within 60 days after liquidation of the Collateral, if such claim exists.

New Orleans, Louisiana, May 21, 2009.

Hon. Elizabeth W. Magner
U.S. Bankruptcy Judge